**HALPER SADEH LLP**
Zachary Halper, Esq.
36 Kingston Run
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBIN MANDEL,<br><br>    Plaintiff,<br><br>v.<br><br>MYLAN N.V., HEATHER BRESCH, ROBERT J. CINDRICH, ROBERT J. COURY, JOELLEN LYONS DILLON, NEIL DIMICK, MELINA HIGGINS, HARRY A. KORMAN, RAJIV MALIK, RICHARD MARK, MARK W. PARRISH, RANDALL L. VANDERVEEN, PAULINE VAN DER MEER MOHR, and SJOERD S. VOLLEBREGT,<br><br>    Defendants. | Case No: 3:20-cv-05027-FLW-ZNQ<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Robin Mandel hereby voluntarily dismisses the above-captioned action.

Defendants have not served an answer or a motion for summary judgment.


Dated:  June 29, 2020                                      Respectfully submitted,

                                                           **HALPER SADEH LLP**

                                                           /s/Zachary Halper
                                                           Zachary Halper, Esq.

1

                36 Kingston Run
                North Brunswick, NJ 08902
                Telephone: (212) 763-0060
                Facsimile: (646) 776-2600
                Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 29, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                      /s/Zachary Halper
                                      Zachary Halper